FLEISCHMANN CONST. CO. and National Surety Company, Plaintiffs in Error, v. UNITED STATES, to Use of G. W. FORSBERG, Henry A. Kries & Sons, Wallace & Gale, Warren Webster Co., Hersey Mfg. Co., Walworth Mfg. Co., Albert T. Otto & Sons, Inc., S. S. Glassgold & Co., Carroll Electric Co., Pierce, Butler & Pierce, Structural Slate Co., Wade Iron Sanitary Mfg. Co., Boston (or Beaton) Cadwell Mfg. Co., Worthington Pump & Machinery Co., Columbus Brass Co., Goulds Mfg. Co., Dimock & Fink, Savage Exp. Bolt Corp., E. G. Schafer & Co., and McNab & Harlin, Defendants in Error.

(Circuit Court of Appeals, Fourth Circuit. March 10, 1924.)

No. 2196.

In Error to the District Court of the United States for the Eastern District of Virginia, at Alexandria; D. Lawrence Groner, Judge.

Levi H. David, of Washington, D. C., and William F. Kimber, of New York City (Caton & Caton, of Alexandria, Va., on brief), for plaintiffs in error.
Bynum E. Hinton, of Washington, D. C., for defendants in error.

Before WOODS and ROSE, Circuit Judges, and WEBB, District Judge.

PER CURIAM. The defendants in error insist that there is nothing before this court because exceptions were not duly taken. The point is serious, but we prefer to rest the affirmance of the judgment on the merits. We think the District Court (298 Fed. 320) was clearly right on all the points decided, and that nothing of substance can be added to the reasoning of the court.
Affirmed.